## STATE v. LENA DAVEY.[1]

December 2, 1927.

No. 26,361.

**Complaint on municipal court record sufficient.**
[1] The complaint in this case was properly made and is *held* sufficient.

**Conviction for possession of intoxicating liquor for sale sustained.**
[2] The evidence sustains the conviction, and there were no errors in rulings on evidence or in denying the motion for a new trial.

Municipal Corporations, 43 C. J. p. 461 n. 56; p. 469 n. 67.

Defendant was convicted in the municipal court of Minneapolis of having intoxicating liquor in her possession for sale. She appealed from the judgment of conviction and from an order, Carroll, J. denying her motion for a new trial. Affirmed.

*W. D. Scott* and *H. Z. Mendow,* for appellant.

*Neil M. Cronin,* City Attorney, and *Palmer B. Rasmussen,* Assistant City Attorney, for the state.

PER CURIAM.

Defendant was convicted in the municipal court of the city of Minneapolis of unlawfully having in her possession intoxicating liquor for the purpose of sale, contrary to an ordinance of said city. The appeal is from the conviction and from an order denying a motion for a new trial.

It is assigned as error that the conviction is not justified by the evidence; that the complaint was insufficient; and that the court erred in denying the motion for a new trial.

The evidence has been examined and is found sufficient to sustain the conviction.

The complaint was made in the municipal court in the manner shown in State v. LaDue, 164 Minn. 499, 205 N. W. 450, and State

[1] Reported in 216 N. W. 535.

v. Benson, 171 Minn. 292, 213 N. W. 910, and charges the offense in definite and sufficient terms. It is a good complaint.

There were no errors in rulings on evidence or in denying the motion for a new trial.

Affirmed.